UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

**DOROTHY O'CONNOR,**
    Debtor,

Chapter 11
No. 07- 13517-WCH

### DEBTOR'S APPLICATION TO EMPLOY COUNSEL

    Now comes the above Debtor and seeks authority to employ the services of Attorney William T. Stevens, Esq. to represent the Debtor herein. In support hereof, Debtor states:

    1. Attorney Stevens has had extensive experience in matters of this type, and has handled Chapter 11 cases before this Court.

    2. To the best of movant's own knowledge and belief, Attorney Stevens represents no interest adverse to Debtor's estate, and has submitted an affidavit for transmittal herewith.

    3. Attorney Stevens has filed an affidavit and statement pertaining to his fee herein as required under the Bankruptcy Rules.

    Dated this 4th day of June 2007.

                                            Dorothy O'Connor

6/18/2007 Approved. William C. Stevens